## ATLANTA RAILWAY COMPANY *v.* JETT.

COBB, J.   The requests to charge, so far as pertinent and legal, were covered by the general charge ; the charges excepted to were not erroneous for any of the reasons assigned ; the newly discovered evidence was cumulative in its nature ; there was sufficient evidence to authorize the verdict, and it was not error to overrule the motion for a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued December 13, 1897. — Decided January 19, 1898.

Action for damages.   Before Judge Reid.   City court of Atlanta.   May term, 1897.

*Watkins & Dean,* for plaintiff in error.
*Arnold & Arnold,* contra.

---

## CONLEY *v.* REDWINE.

COBB, J.   Under the facts as they appear in the record, there was no abuse of discretion in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concurring.*

Argued December 13, 1897. — Decided January 19, 1898.

Petition for injunction.   Before Judge Lumpkin.   Fulton county.   August 25, 1897.

*John L. Conley* and *A. A. Manning,* for plaintiff.
*Arnold & Arnold,* for defendant.